UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>TELEFÓNICA VENEZOLANA, C.A.,<br><br>               Defendant. | ORDER |

DALE E. HO, United States District Judge:

    Defendant Telefónica Venezolana, C.A. having waived Indictment in open Court before Judge Ho on November 8, 2024, IT IS HEREBY ORDERED that the Clerk of Court is directed to file the Information and Waiver of Indictment.

    SO ORDERED.

Dated:  November 8, 2024
           New York, New York

                                                              DALE E. HO
                                                               United States District Judge