Ob8FvenH

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

        v.                              24 Cr. 633 (DEH)

TELEFÓNICA VENEZOLANA, C.A.,

                                                Conference
           Defendant.

------------------------------x

                                        New York, N.Y.
                                        November 8, 2024
                                        11:00 a.m.

Before:

                     HON. DALE E. HO,

                                District Judge

                      APPEARANCES

DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York
BY:  JILAN KAMAL
    Assistant United States Attorneys

ERIC P. CHRISTOFFERSON
BERGE SETRAKIAN
    Attorneys for Defendant


Also Present:

Idoya Arteagabeitia, Corporate Representative, Telefónica Venezolana
Nicola J. Mrazek, Counsel, Department of Justice
Abdus Samad Pardesi,  Counsel, Department of Justice

1           (Case called)
2           MS. KAMAL:  Good morning, your Honor.
3           Assistant United States Attorney Jilan Kamal, senior
4  litigation counsel Nicola Mrazek, and trial attorney Samad
5  Pardesi, on behalf of the United States.
6           THE COURT:  Good morning.  Please have a seat.
7           MR. CHRISTOFFERSON:  Good morning, your Honor.
8           Eric Christofferson, on behalf of Telefónica.
9           MR. SETRAKIAN:  Berge Setrakian, on behalf of
10  Telefónica S.A. --
11           (Inaudible)
12           THE COURT:  I'm sorry.
13           My hearing is not great, and the acoustics here aren't
14  great either.
15           Could you just say that again, please.
16           MR. SETRAKIAN:  Berge Setrakian.
17           THE COURT:  Yes.  Please have a seat.
18           Good morning.
19           We're here today for purposes of an arraignment and
20  initial conference in this case and to discuss the deferred
21  prosecution agreement.
22           Before we proceed, I just want to address a matter
23  preliminarily that I believe the parties have already
24  discussed, just something that I don't believe amounts to a
25  conflict but want to put on the record in the interest of

1    transparency.
2            One of the United States attorneys in this matter, Ms.
3    Kamal, and I know each other from several contexts.  We
4    overlapped in college about 20 years ago.  Approximately 10
5    years ago, we ran into each other from time to time because our
6    children were, coincidentally, preschool classmates.  And I
7    also understand that she was interviewed as part of my
8    background check for my confirmation process about two or three
9    years ago.  I don't believe any of this rises to the level of
10   conflict, but again, in the interest of transparency, I wanted
11   to disclose all of that.
12           Does counsel for the defendant have a different view
13   or believe that we should not proceed as planned today?
14           MR. CHRISTOFFERSON:  No, your Honor.
15           There's no concerns.
16           Thank you.
17           THE COURT:  Thank you very much.
18           Now, we have a representative of Telefónica Venezolana
19   -- am I saying that correctly; thank you -- today.
20           MR. CHRISTOFFERSON:  Yes, your Honor,
21   Ms. Arteagabeitia is here.
22           MS. ARTEAGABEITIA:  Yes.  This is Idoya Arteagabeitia.
23           I'm a member of the board of directors of Telefónica
24   Venezolana C.A.
25           THE COURT:  Good morning.

|   |   |
|---|---|
| 1 | Have you seen a copy of the information in this case? |
| 2 | MS. ARTEAGABEITIA:  Yes; I have seen it, your Honor. |
| 3 | THE COURT:  And you understand on behalf of Telefónica |
| 4 | Venezolana that this information charges Telefónica Venezolana |
| 5 | with one count of conspiracy to violate the Foreign Corrupt |
| 6 | Practices Act's anti-bribery provision? |
| 7 | MS. ARTEAGABEITIA:  Yes; I do, your Honor. |
| 8 | THE COURT:  Okay.  Now, the document -- I think, as |
| 9 | you know -- is an information; it's not what's called an |
| 10 | indictment. |
| 11 | And do you understand, on behalf of Telefónica |
| 12 | Venezolana, that it has the right to have the charge in the |
| 13 | information presented to a grand jury, which would have to find |
| 14 | probable cause in order issue an indictment? |
| 15 | MR. CHRISTOFFERSON:  Yes; I understand, your Honor. |
| 16 | THE COURT:  And you understand what a grand jury is? |
| 17 | MS. ARTEAGABEITIA:  Yes; I do understand. |
| 18 | THE COURT:  Okay.  And now I understand that |
| 19 | Telefónica Venezolana, after being advised by counsel, has |
| 20 | determined that it is in its best interest to waive indictment |
| 21 | in this case; is that correct? |
| 22 | MS. ARTEAGABEITIA:  Yes.  Yeah; this is correct, your |
| 23 | Honor. |
| 24 | THE COURT:  I also understand that Telefónica |
| 25 | Venezolana has waived its right to indictment as part of the |

1    deferred prosecution agreement, which it entered into on or
2    about October 21, 2024; is that correct?
3              MS. ARTEAGABEITIA:  Yes; this is correct, your Honor.
4              THE COURT:  Okay.  And I believe that the signature of
5    Pablo de Carvajal -- am I saying that correctly?
6              MS. ARTEAGABEITIA:  Yes.
7              THE COURT:  Okay.  Thank you.
8              -- on behalf of Telefónica Venezolana, appears on
9    page 24 of the deferred prosecution agreement.
10             Do I have that correct?
11             MR. CHRISTOFFERSON:  Your Honor.
12             MS. ARTEAGABEITIA:  Yes.  Please.
13             MR. CHRISTOFFERSON:  I'm sorry to interrupt.
14             Yes, your Honor.
15             Mr. Carvajal's signature appears on behalf of
16   Telefónica S.A., which the parent company to Telefónica
17   Venezolana, which is the company that is entering into the plea
18   here today.
19             His name appears on page 24, and Ms. Artegabeitia's
20   signature appears on page 23.
21             THE COURT:  On page 23.  Thank you for that
22   correction.  I appreciate that.
23             That is your signature on page 23?
24             MS. ARTEAGABEITIA:  Yes; it is, your Honor.  Yes.
25             THE COURT:  Okay.  And you understand that Telefónica

1     Venezolana is under no obligation to waive its right to have

2     its case presented to a grand jury for indictment?

3                MS. ARTEAGABEITIA:  Yes, your Honor.

4                I do understand that.

5                THE COURT:  And you understand that if Telefónica

6     Venezolana did not waive its right to have the case presented

7     to a grand jury and if the government still wished to prosecute

8     Telefónica Venezolana, that the government would then have to

9     present the case to a grand jury, which might or might not

10    indict Telefónica Venezolana?

11               MS. ARTEAGABEITIA:  Yes.  I do understand, your Honor.

12               THE COURT:  Okay.  And knowing all of that, Telefónica

13    Venezolana is waiving its right to an indictment?

14               MS. ARTEAGABEITIA:  Yes.

15               THE COURT:  Okay.  Does counsel for either side know

16    of any reason that I should not find that the defendant has

17    knowingly and voluntarily waived its right to be indicted by a

18    grand jury?

19               MS. KAMAL:  No, your Honor.

20               MR. CHRISTOFFERSON:  No, your Honor.

21               THE COURT:  Okay.  Thank you.

22               I find that Telefónica Venezolana has knowingly and

23    voluntarily waived its right to be indicted by a grand jury,

24    and I authorize the filing of the information.

25               Now, turning to the information, has Telefónica

1    Venezolana had adequate time to review the information?
2            MS. ARTEAGABEITIA:  Yes; it is correct, your Honor.
3            THE COURT:  And has Telefónica Venezolana discussed it
4    with counsel?
5            MS. ARTEAGABEITIA:  Yes.
6            THE COURT:  Would Telefónica Venezolana like me to
7    read the information aloud, or does it waive my public reading
8    of the information in court this morning?
9            MS. ARTEAGABEITIA:  We think it is not necessary.  We
10   are comfortable.
11           THE COURT:  Thank you.
12           How does Telefónica Venezolana plead to the count in
13   the information?
14           THE DEFENDANT:  Not guilty, your Honor.
15           THE COURT:  Okay.  Thank you.
16           Can I get a report from the government, briefly, on
17   the nature of the case.
18           MS. KAMAL:  Certainly, your Honor.
19           As set forth in the deferred prosecution agreement,
20   the government charges that the defendant here, essentially,
21   acquiesced in the demand for bribes by Venezuelan government
22   officials so ensure access and success in a
23   government-sponsored currency exchange.
24           This occurred in Venezuela from the years of 2014 to
25   2015.  The government alleges that the defendant paid more than

1   28 million in bribes in order to ensure the ability to exchange

2   and receive approximately $110 million in U.S. currency.

3   In connection with this scheme, Telefónica Venezolana

4   recruited two suppliers who were identified in the information

5   as company A and company B and used an intermediary in order to

6   pay these bribes.

7   As a result of that conduct, your Honor, the

8   government alleges that Telefónica Venezolana has -- the

9   government has charged Telefónica Venezolana with conspiracy to

10  violate the anticorruption provisions of the Foreign Corrupt

11  Practices Act.  The government has entered into a deferred

12  prosecution agreement with the company, pursuant to that DPA.

13  Telefónica Venezolana has agreed not to dispute the

14  facts, as set forth in attachment A, in any future prosecution,

15  and it agrees that any facts set forth in attachment A will be

16  admissible, essentially, for all purposes going forward, but

17  including in the government's case-in-chief or rebuttal,

18  including sentencing, if the case were to proceed.  And the

19  company agrees to ongoing cooperation with the government and

20  agrees to comply with certain disclosure requirements.  These

21  terms are all set forth in the DPA.

22  In addition, the company has agreed to pay a criminal

23  penalty of $85,260,000, which is based on guidelines

24  calculations using the 2014 guidelines manual.  And the company

25  has agreed to certain compliance obligations, and those are set

1  forth in attachments C and D to the deferred prosecution
2  agreement.
3         In exchange for entering into this agreement, the
4  government has agreed to defer prosecution here for a term of
5  three years.  By entering into the deferred prosecution
6  agreement, Telefónica Venezolana is also agreeing to exclude
7  time under the Speedy Trial Act for the commencement of that
8  prosecution for a term of three years.
9         And in this matter, at this point, the government,
10 assuming that the defendant complies with all the terms of the
11 DPA, assumes that at the termination of the three-year period,
12 the government would move to dismiss the information with
13 prejudice.
14        THE COURT:  Thank you.
15        I referenced the deferred prosecution agreement
16 earlier.  I just want to confirm a few things for the record.
17        I want to confirm, has Telefónica Venezolana had an
18 opportunity to read it?
19        MS. ARTEAGABEITIA:  Yes; it has, your Honor.
20        THE COURT:  And has Telefónica Venezolana had an
21 opportunity to discuss the deferred prosecution agreement with
22 counsel?
23        MS. ARTEAGABEITIA:  Yes; it has, your Honor.
24        THE COURT:  And you signed the agreement on behalf of
25 Telefónica Venezolana?

1             MS. ARTEAGABEITIA:  Excuse me, I can't --

2             THE COURT:  I'm sorry.

3             And we went over this earlier, but on page 23, you

4    signed --

5             MS. ARTEAGABEITIA:  Yes.

6             THE COURT:  -- the DPA on behalf of Telefónica

7    Venezolana?

8             MS. ARTEAGABEITIA:  Yes.

9             THE COURT:  Okay.  Attachment B to the deferred

10   prosecution agreement is a Telefónica Venezolana board

11   resolution approving the execution of the deferred prosecution

12   agreement and also authorizing any and all other actions as may

13   be necessary or appropriate.  I just want to confirm that

14   attachment B is a true and correct copy of the resolution duly

15   adopted by the Board of Directors of Telefónica Venezolana as I

16   have described it.

17            MS. ARTEAGABEITIA:  Yes; it is, your Honor.

18            THE COURT:  Does the deferred prosecution agreement

19   contain all the terms and understandings between the parties in

20   this case?

21            MS. KAMAL:  Yes, your Honor.

22            MS. ARTEAGABEITIA:  Yes; it does.

23            THE COURT:  Okay.  And Ms. Kamal, you have already, I

24   think, summarized the defendant's obligations under the

25   agreement.

1     Is there anything that you want to add to what you've
2     already gone over?
3     MS. KAMAL:  Unless the Court has any questions about
4     any particular term, I think the government can rest on its
5     summary.
6     THE COURT:  Okay.  Thank you.
7     Ma'am, does Telefónica Venezolana understand that it
8     is required to comply with the terms as described by the
9     government today and as set forth in the agreement over the
10    next three years?
11    MS. ARTEAGABEITIA:  Yes.  We fully understand.
12    THE COURT:  Okay.  And does Telefónica Venezolana
13    understand that under normal circumstances, it has the right to
14    a speedy trial, but while this agreement is in effect, there
15    will be no trial?
16    MS. ARTEAGABEITIA:  Yes.  We understand, your Honor.
17    THE COURT:  So to put it another way, does Telefónica
18    Venezolana waive its right to a speedy trial during the
19    duration of this deferred prosecution agreement?
20    MS. ARTEAGABEITIA:  Yes; that is correct, your Honor.
21    THE COURT:  Okay.  And does Telefónica Venezolana
22    understand that until this case is finally dismissed, the
23    government may withdraw this agreement and proceed to trial at
24    any time?
25    MS. ARTEAGABEITIA:  Yes.  We understand.

THE COURT:  Okay.  I find that Telefónica Venezolana has knowingly and voluntarily entered into the deferred prosecution agreement, and I approve the agreement.

MS. ARTEAGABEITIA:  Yes.

THE COURT:  Are there any other matters that either side would like to raise with me before I turn to the Speedy Trial Act?

MS. KAMAL:  You read my mind, your Honor.

THE COURT:  Okay.  Anything else?

MR. CHRISTOFFERSON:  No.  Thank you, your Honor.

THE COURT:  Okay.  Does the government seek to exclude time under the Speedy Trial Act?

MS. KAMAL:  Yes, your Honor.

The government moves to exclude time, pursuant to the terms of the DPA.

THE COURT:  Okay.  And I think my questions already got at this, but just so the record is crystal clear, does the defendant consent to the exclusion of time under the Speedy Trial Act?

MR. CHRISTOFFERSON:  Yes, your Honor.

THE COURT:  Okay.  Thank you.

The Court excludes time from today until November 7, 2027, from the Speedy Trial Act calculation, pursuant to 3161(h)(2), given the written agreement between the government and the defendant, which has the approval of the Court and

Ob8FvenH

1  which will facilitate the purpose of allowing the defendant to
2  demonstrate its good conduct.
3          The Court also finds under 3161(h(7(A) that the ends
4  of justice served by excluding such time outweigh the interests
5  of the public and the defendant in a speedy trial for,
6  substantially, the same reasons.
7          Is there anything else that the parties would like to
8  raise with me before we adjourn for the day?
9          MS. KAMAL:  Nothing from the government, your Honor.
10         Thank you.
11         THE COURT:  Thank you.
12         MR. CHRISTOFFERSON:  No.
13         Thank you, your Honor.
14         THE COURT:  Okay.  Thank you all very much.
15         And we're adjourned for today.
16         (Adjourned)
17
18
19
20
21
22
23
24
25