IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES<br><br>Plaintiff<br><br>v.<br><br>TELEFÓNICA VENEZOLANA, C.A.<br><br>Defendant. | Case No. 1:24-CR-00633 (DEH)<br><br>[~~PROPOSED~~] ORDER |

The motion of Eric P. Christofferson for admission to practice *pro hac vice* in the above-caption matter is **GRANTED**.

Applicant has declared that he is a member in good standing of the bar of the Commonwealth of Massachusetts and that his contact information is as follows:

Applicant's Name: Eric P. Christofferson
Firm Name:   DLA Piper LLP (US)
Address:    33 Arch Street #26
         Boston, Massachusetts 02110
Phone:     +1 617-406-6000
Fax:      +1 617-406-6100
Email:     eric.christofferson@us.dlapiper.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Telefónica Venezolana, C.A. in the above entitled action;

**IT IS HEREBY ORDERED** that Eric P. Christofferson is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: November 21.2024
New York, New York

_____
Dale E. Ho
United States District Judge

The Clerk of Court is respectfully requested to closed ECF No. 6.